IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 1 5 2011

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

DESIREE KOLBEK, AMY EDDY,                  §
JEANNETTE ORLANDO, NICOLE                  §
FARR, SUMMER HAGAN, JAMIE                  §
RODRIGUEZ and PEBBLES                      §
RODRIGUEZ                                  §
                                           §
        Plaintiffs,                        §
                                           §
v.                                         §        Cause No. 10-4124
                                           §
TWENTY FIRST CENTURY                       §
HOLINESS TABERNACLE CHURCH                 §
INC., GLORYLAND CHRISTIAN                  §
CHURCH, ARMFUL OF HELP,                    §
TONY AND SUSAN ALAMO                       §
FOUNDATION, MUSIC SQUARE                   §
CHURCH, SJ DISTRIBUTING, INC.,             §
ACTION DISTRIBUTORS, INC.,                 §
ADVANTAGE FOOD GROUP,                      §
JEANNE ESTATES APARTMENTS                  §
INC., ROBERT W. GILMORE d/b/a              §
RG & ASSOCIATES SECURITY,                  §
SALLY DEMOULIN, SHARON ALAMO               §
and STEVE JOHNSON                          §
                                           §
        Defendants                         §
                                           §
ROBERT W. GILMORE d/b/a RG &               §
ASSOCIATES SECURITY                        §
                                           §
        Third Party Plaintiff              §
                                           §
v.                                         §
                                           §
BERNIE LAZAR HOFFMAN a/k/a                 §
TONY ALAMO; JOSEPH ORLANDO;                §
ELENORA ORLANDO; JAMES                     §
RODRIGUEZ; NIKKI RODRIGUEZ;                §
LAMONT EDDY; SUE EDDY DAVIS;               §
DENNIS HAGAN; ROBIN HAGAN;                 §
NIKKI FARR; LISA FARR PENMAN;              §
JENNIFER KOLBECK; LEE KING;                §

ALAINA KING and/or ROSA KING                    §
                                                §
        **Third Party Defendants**              §


## DEFENDANT ROBERT W. GILMORE d/b/a RG & ASSOCIATES SECURITY'S
## THIRD PARTY COMPLAINT

Comes now the Defendant, Robert W. Gilmore d/b/a RG & Associates Security and files this his Third Party Complaint in the above captioned matter and in support thereof would state as follows:

1.      This is a suit that seeks to recover damages sustained by Desiree Kolbeck, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez and Pebbles Rodriguez resulting from sexual abuse alleged to have been committed by Bernie Lazar Hoffman a/k/a Tony Alamo. (See exhibit A, a true and correct copy of Plaintiff's Third Amended Complaint)

2.      Plaintiffs originally sued Twenty First Century Holiness Tabernacle Church, Inc., Gloryland Christian Church, Armful of Help, Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing, Inc., Action Distributors, Inc., Advantage Food Group, Jeanne Estates Apartments, Inc., Sally Demoulin, Sharon Alamo and Steve Johnson seeking to recover based on theories of negligent hiring, negligent supervision and retention, vicarious liability, 18 U.S.C. § 1595, 18 U.S.C. § 2255, premises liability, joint venture liability and mandatory reporting liability. (Id.)

3.      Plaintiffs added Robert W. Gilmore d/b/a RG & Associates Security on April 1, 2011 and seek to recover from him upon a theory of negligence. Id.

4.      On July 1, 2011, Robert W. Gilmore d/b/a RG & Associates Security filed an Answer to the Third Amended Complaint asserting affirmative defenses which is incorporated

by references as if set forth fully at length herein. (See exhibit B, a true and correct copy of the Answer of Robert W. Gilmore d/b/a RG & Associates Security to Plaintiff's Third Amended and Supplemental Complaint)

5.        Bernie Lazar Hoffman a/k/a Tony Alamo, is a person currently incarcerated at the Federal Correctional Institute in Terra Haute, Indiana, registration no. 000305-12 located at 4200 Bureau Road North, Terra Haute, Indiana 47808; is that person alleged to have committed the acts of sexual assault alleged in Plaintiffs' Complaint; and, may be served with process at that location or through service upon H. J. Marberry, Complex Warden, FCC Terra Haute at that address.

6.        Joseph Orlando is a person who was the parent or guardian of Plaintiff, Jeanette Orlando at all times relevant to this cause of action and who resides at 3430 Summit Boulevard in Pensacola, Florida 32503-4302 and may be served with process at that address.

7.        Elenora Orlando is a person who was the parent or guardian of Plaintiff, Jeanette Orlando at all times relevant to this cause of action and who resides at 3430 Summit Boulevard in Pensacola, Florida 32503-4302 and may be served with process at that address.

8.        James Rodriguez is a person who was the parent or guardian of Plaintiffs, Jamie Rodriguez at all times relevant to this cause of action and who resides at 717 Harriman Place, San Antonio, Texas 78207-7921 and may be served with process at that address.

9.        Nikki Rodriguez is a person who was the parent or guardian of Plaintiff, Jamie Rodriguez at all times relevant to this cause of action and who resides at 717 Harriman Place, San Antonio, Texas 78207-7921 and may be served with process at that address.

10.     Lamont Eddy is a person who was the parent or guardian of Plaintiff, Amy Eddy at all times relevant to this cause of action and who resides at 128 Southwest 45th Street, Oklahoma City, Oklahoma 73109-7506 and may be served with process at that address.

11.     Sue or Susan Eddy Davis is a person who was the parent or guardian of Plaintiff, Amy Eddy at all times relevant to this cause of action and who resides at 427 North 40th Street, Fort Smith, Arkansas 72903-1807 or 1507 Olive Street, Texarkana, Texas 75501 and may be served with process at that address.

12.     Dennis Hagan is a person who was the parent or guardian of Plaintiff, Summer Hagan at all times relevant to this cause of action and who resides at P.O. Box 131, 218 West Redcutt Road, Fouke, Arkansas 71837-0131 and may be served with process at that address.

13.     Robin Hagan is a person who was the parent or guardian of Plaintiff, Summer Hagan at all times relevant to this cause of action and who resides at P.O. Box 131, 218 West Redcutt Road, Fouke, Arkansas 71837-0131 and may be served with process at that address.

14.     Nikki Farr is a person who was the parent or guardian of Plaintiff, Nicole Farr at all times relevant to this cause of action and who resides at 868 Figuero Terrace, Apt. 6, Los Angeles, California 90012-3182 and may be served with process at that address.

15.     Lisa Farr Penman is a person who was the parent or guardian of Plaintiff, Nicole Farr at all times relevant to this cause of action and who resides at 520 Colorado Avenue, Apt. 12, Santa Monica, California 90401-2408 or 3662 Fairway Boulevard, Los Angeles, California 90034 and may be served with process at that address.

16.     Jennifer Kolbeck is a person who was the parent or guardian of Plaintiff, Desiree Kolbeck at all times relevant to this cause of action whose address is unknown and who is alleged by Plaintiffs to be a fugitive from justice.

17.     Lee King is a person who was the parent or guardian of Plaintiff, Pebbles Rodriguez at all times relevant to this cause of action and whose address is unknown.

18.     Alaina King and/or Rosa King is a person who was the parent or guardian of Plaintiff, Pebbles Rodriguez at all times relevant to this cause of action and who resides at 106 Northeast Main Street, Newcastle, Oklahoma and may be served with process at that address.

19.     This Court has jurisdiction over the claims asserted in the Third Party Complaint pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

20.     The Third Party Defendants are or were members of the Tony Alamo Christian Ministries Church and owned or were agents, servants, workmen, volunteers, employees or were otherwise affiliated in some manner sufficient to support liability with one or all of the original Defendants and have sufficient minimum contacts with the State of Arkansas such that they have purposefully availed themselves of the benefits of the laws of the jurisdiction in which this Court exists so as to permit this Court to have personal jurisdiction over each Defendant.

21.     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(a)(2) and Fed. R. Civ. P. 14.

22.     Without admitting the averments contained in Plaintiff's Third Amended Complaint all of which are denied and subject to the affirmative defenses asserted by Robert W. Gilmore d/b/a RG & Associates Security, Plaintiffs Third Amended Complaint is incorporated by reference into this Third Party Complaint as if set forth fully at length herein. (See exhibit A)

23.     Without admitting the averments contained in Plaintiff's Third Amended and Supplemental Complaint, all of which are denied, the allegations contained in Plaintiffs' Third Amended Complaint are reasserted in their entirety and against Bernie Lazar Hoffman a/k/a Tony Alamo; Joseph Orlando; Elenora Orlando; James Rodriguez; Nikki Rodriguez; Lamont

Eddy; Sue or Susan Eddy Davis; Dennis Hagan; Robin Hagan; Nikki Farr; Lisa Farr Penman; Jennifer Kolbeck; Lee King; Alaina King and/or Rosa King as if set forth fully at length herein.

24.     At all times relevant to this cause of action, each Third Party Defendant owed a duty to act with reasonable care toward the original Plaintiffs and/or Third Party Plaintiff; if the allegations set forth in Plaintiffs' Complaint are proven to be true, that duty of care was breached; Plaintiffs and/or Third Party Defendants sustained damages as a proximate result of that conduct; and, the Third Party Defendants are liable upon a theory of negligence.

25.     At all times relevant to this cause of action should the Plaintiffs' claims be proven, then the Third Party Defendants made a false representation of material fact by failing to disclose the events described in Plaintiffs' Complaint or concealing them; knew that the representation was false or that there was insufficient evidence upon which to make the representation; intended to induce action or inaction in reliance upon the representation; Third Party Plaintiff justifiably relied upon that representation; and, Third Party Plaintiff sustained damages as a proximate result thereof.

26.     If the averments set forth in Plaintiffs' Complaint are proven to be true, then Third Party Defendants together effected an illegal purpose by illegal means and are liable based on a theory of conspiracy.

27.     If the averments set forth in Plaintiffs' Complaint are proven to be true, then Third Party Defendants wrongfully committed violence upon Plaintiffs with the intent to injure them and those acts were unjustified in the law and constitute actionable battery.

28.     If the averments contained in Plaintiff's Third Amended Complaint are proven to be true, then Bernie Lazar Hoffman a/k/a Tony Alamo and/or Joseph Orlando and/or Elenora Orlando and/or James Rodriguez and/or Nikki Rodriguez and/or Lamont Eddy and/or Sue or

Susan Eddy Davis and/or Dennis Hagan and/or Robin Hagan and/or Nikki Farr and/or Lisa Farr Penman and/or Jennifer Kolbeck and/or Lee King and/or Alaina King and/or Rosa King are individually, jointly and severally liable to one (1), some or all of the Plaintiffs and/or are liable over to Answering Defendant Robert W. Gilmore d/b/a RG & Associates Security for contribution pursuant to the Arkansas Uniform Contribution Among Joint Tortfeasors Act found at Arkansas Code Annotated § 16-61-201 *et. seq.* and/or for indemnity for any and all amounts awarded to the Plaintiffs.

29.     In the event this Court finds that Robert W. Gilmore d/b/a RG & Associates Security is liable for Plaintiffs' damages if any are proven, said liability should be comparatively reduced by any amount of liability attributable to the Plaintiffs, original Defendants or Third Party Defendants.

30.     Third Party Plaintiff, Robert W. Gilmore d/b/a RG & Associates Security reserves the right to plead further.

WHEREFORE, PREMISES CONSIDERED Robert W. Gilmore d/b/a RG & Associates Security seeks for this Court to enter judgment in its favor and against the Plaintiffs, find that the Plaintiffs take nothing as a result of their suit or in the alternative, enter judgment in its favor and against Twenty First Century Holiness Tabernacle Church, Inc. and/or Gloryland Christian Church and/or Armful of Help and/or Tony and Susan Alamo Foundation and/or Music Square Church, Inc. and/or SJ Distributing, Inc. and/or Action Distributors, Inc. and/or Advantage Food Group and/or Jeanne Estates Apartments, Inc. and/or Sally Demoulin and/or Sharon Alamo and/or Steve Johnson and/or Bernie Lazar Hoffman a/k/a Tony Alamo and/or Joseph Orlando and/or Elenora Orlando and/or James Rodriguez and/or Nikki Rodriguez and/or Lamont Eddy and/or Sue or Susan Eddy Davis and/or Dennis Hagan and/or Robin Hagan and/or Nikki Farr

and/or Lisa Farr Penman and/or Jennifer Kolbeck and/or Lee King and/or, Alaina King and/or Rosa King for any and all amounts awarded to Plaintiffs.  Robert W. Gilmore d/b/a RG & Associates Security further prays that the Court grant him his costs, attorneys fees and all other relief to which he may show himself justly entitled.

Respectfully Submitted,

Robert T. Veon
VEON LAW FIRM, P.A.
Arkansas Bar Number 91264
2710 Arkansas Boulevard
Texarkana, Arkansas 71854
Telephone (870) 774-7390
Facsimile (870) 773-3690
**_Attorney for Defendant,_**
**_Robert W. Gilmore_**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT ROBERT W. GILMORE d/b/a RG & ASSOCIATES SECURITY'S THIRD PARTY COMPLAINT has been served as listed below on this the 15th day of July, 2011 via First Class U.S. Mail or electronically in accordance with the Rules of this Court:

D. Neil Smith
NIX, PATTERSON & ROACH, LLP.
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
*Attorney for Plaintiffs*

W. David Carter
MERCY CARTER TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
*Attorney for Plaintiffs*

J. David Crisp
John D. Crisp, Jr.
CRISP & FREEZE
1921 Moores Lane
Texarkana, Texas 75503
*Attorney for Steve Johnson*

John Wesley Hall, Jr.
JOHN WESLEY HALL, JR. PC
1311 Broadway
Little Rock, Arkansas 72202
*Attorney for Action Distributors, Inc.;*
*Advantage Food Group; Armful of Help;*
*Gloryland Christian Church; Music*
*Square Church; SJ Distributing, Inc.;*
*Tony and Susan Alamo Foundation;*
*Twenty-First Century Holiness*
*Tabernacle Church, Inc.; Sally Demoulin;*
*Sharon Alamo; and, Jeanne Estates*
*Apartments*

R. Gary Nutter
Jonathan William Beck
DUNN, NUTTER & MORGAN, L.L.P.
3601 Richmond Road
Texarkana, Texas 75503
*Attorneys for Advantage Food Group*

Brian Wood
BENSON & WOOD, P.L.C.
P.O. Box 8790
Fayetteville, Arkansas 72703-8790
*Attorney for Steve Johnson*

Brady Paddock
NIX, PATTERSON & ROACH, LLP.
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
*Attorney for Plaintiffs*

Stuart P. Miller
Catherine Melissa Corless
Megan Gammill
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
*Attorney for Jeanne Estates Apartments, Inc.*

J. Dennis Chambers
ATCHLEY, RUSSELL, WALDROP & HLAVINKA, L.L.P.
1710 Moores Lane
P.O. Box 5517
Texarkana, Texas 75504
*Attorney for Steve Johnson*

Stephen Engstrom
Shirley Jones
WILSON, ENGSTROM. CORUM & COULTER
200 West Market Avenue, Suite 600
P.O. Box 71
Little Rock, Arkansas 72203
*Attorneys for Nix Lawyers and Edward Cloutman*

Nicholas H. Patton
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for W. David Carter*


_____
Robert T. Veon