IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DESIREE KOLBEK, et al, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | NO. 4:10-cv-04124-SOH |
| | § | |
| TWENTY FIRST CENTURY | § | |
| HOLINESS TABERNACLE | § | |
| CHURCH, INC., et al, | § | |
| Defendants | § | |
| | § | |
| | § | |
| ADVANTAGE FOOD GROUP, et al, | § | |
| Third Party Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| JENNIFER KOLBEK, et al, | § | |
| Third Party Defendants | § | |

## SEPARATE DEFENDANT ADVANTAGE FOOD GROUP'S COUNTERCLAIMS

COMES NOW Separate Defendant **Advantage Food Group** ("Separate Defendant" or "AFG"), by and through counsel, and files these *Counterclaims*. In support thereof, Defendant AFG would state as follows:

1.      All the averments contained in AFG's Answer to Plaintiffs' Fifth Amended Complaint (Doc. 345) are incorporated herein by reference as if set forth at length.

2.      All the averments contained in the Plaintiffs' Fifth Amended Complaint (Doc. 337) are incorporated herein by reference as if set forth at length.

3.      AFG incorporates each and every Third-Party Complaint filed on its behalf in this matter as if the same were set forth fully at length herein.

4.      The averments set forth in Plaintiffs' Fifth Amended Complaint (Doc. 337) are re-alleged against Desiree Kolbek, Amy Eddy, Summer Hagan, Nicole Farr, Jeannette Orlando, Pebbles Rodriguez, and Jamie Rodriguez in their entirety as if set forth fully at length herein.

5.      At all times relevant to this cause of action Plaintiffs assert that they engaged in the following acts and/or omissions:

a.      Knowingly and purposefully engaged in a polygamous relationship which included persons who had not consented to the relationship;

b.      Knowing and purposefully created child pornography;

c.      Knowingly and purposefully concealed the activities being conducted on the premises in the form of a polygamous relationship, sexual acts with non-consenting persons, and/or the creation of child pornography from AFG and others;

d.      Restrained and/or falsely imprisoned one another;

e.      Restrained and/or hit one another with paddles and boards;

f.      Failed to protect non-consenting members of TACM from the conduct alleged in the Plaintiffs' Complaint; and

g.      Other acts or omissions which amount to negligence or intentional torts which may be determined between now and the time of trial.

6.      If the averments contained in the Plaintiffs' Complaint are proven to be true, then some or all of the Plaintiffs are joint tortfeasors and are directly and/or jointly and/or severally liable to the others or are liable over to AFG for contribution and indemnity and/or constructive indemnity for all awards entered in favor of any Plaintiff pursuant to the Arkansas Uniform Contribution Among Joint Tortfeasors Act, The Arkansas Code, Federal Statutes and/or Common Law.

7.      Alternatively, each parent of each Plaintiff bears the responsibility for the acts and omissions attributable to their child for any period while the child was incapable of negligence or incapable of incurring liability.

8.      The liability of AFG to any plaintiff, if any is proven, should be reduced by that amount of liability attributed to the other Plaintiffs and other Defendants.

9.      The Arkansas Volunteer Immunity Act does not apply to limit or bar these Counterclaims.

WHEREFORE, PREMISES CONSIDERED, Separate Defendant **Advantage Food Group** prays that its *Counterclaims* be granted, and that it be granted its costs and attorney's fees, and all other just and proper relief to which it is entitled.

Respectfully submitted,

DUNN, NUTTER & MORGAN, L.L.P.
3601 Richmond Road
Texarkana, Texas  75503-0716
Telephone: 903-793-5651
Telecopier: 903-794-5651
Email: rgnutter@dnmlawfirm.com
Email: mwkimmel@dnmlawfirm.com
Email: jwbeck@dnmlawfirm.com

By:  ___/s/ R. Gary Nutter_____
**R. Gary Nutter**
AR Bar No. 71058
**M. Wade Kimmel**
AR Bar No. 99147
**Jonathan William Beck**
AR Bar No. 2009124

*Attorneys for Separate Defendant*
*Advantage Food Group*

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, one of the attorneys for Advantage Food Group, hereby certify that a true and correct copy of the above and foregoing *Separate Defendant Advantage Food Group's Counterclaims* has been served to those as listed below on this 15th day of May, 2012, electronically via the CM/ECF System, in accordance with the Rules of this Court:

William David Carter
wdcarter@texarkanalawyers.com

Louis Bradon Paddock
bpaddock@nixlawfirm.com

D. Neil Smith
dneilsmith@mac.com

J. Dennis Chambers
dchambers@arwhlaw.com

Doralee Idleman Chandler
dchandler@msslawfirm.com

Brian Wood
bwood@bensonwoodlaw.com

Mel Sayes
msayes@msslawfirm.com

Jeffrey W. Hatfield
jhatfield@mwlaw.com

J. David Crisp
dcrisp@crispfreeze.com

John D. Crisp, Jr.
jcrisp@crispfreeze.com

Edward B. Cloutman
edcloutman@nixlawfirm.com

Robert Thompson Veon
robert.veon@veonfirm.com

John Wesley Hall, Jr.
forhall@aol.com

Ashley Camille Henson
camille.henson@veonfirm.com

Robert Edwin Dodson
bobdodson@dodsondodson.com

Stuart P. Miller
smiller@mwlaw.com

Linda Dedman
ldedman@coveragelawdallas.com

Megan Cecily Gammill
mgammill@mwlaw.com

Richard N. Watts
richard.watts@wdt-law.com

Lamont Eddy
128 SW 45th
Oklahoma City, OK 73109

Jennifer Kolbeck
110 N. 16th Street
Fort Smith, AR 72901

Sue Eddy Davis
4401 Windsor Drive
Fort Smith, AR 72904

Dennis Hagan
P.O. Box 131
218 West Redcut Road
Fouke, AR 71837

        _/s/ R. Gary Nutter_____
          **R. Gary Nutter**