IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DESIREE KOLBEK, et al, | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | NO. 4:10-cv-04124-SOH |
| | § | |
| TWENTY FIRST CENTURY | § | |
| HOLINESS TABERNACLE | § | |
| CHURCH, INC., et al, | § | |
| Defendants | § | |
| | § | |
| | § | |
| ADVANTAGE FOOD GROUP, et al, | § | |
| Third Party Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| JENNIFER KOLBEK, et al, | § | |
| Third Party Defendants | § | |

## SEPARATE DEFENDANTS RON DECKER, DONN WOLF, STEVE LOVELLETTE AND DOUGLAS BRUBACH'S CROSSCLAIMS

COME NOW Separate Defendants Ron Decker, Donn Wolf, Steve Lovellette, and Douglas Brubach ("Separate Defendants"), by and through counsel, and file their Crossclaims against other Defendants and Third Party Defendants. In support thereof, Separate Defendants state as follows:

1.   The averments contained in Plaintiffs' Fifth Amended Complaint (Doc. 337), although denied, are incorporated by reference as if set forth fully at length herein without admitting same.

2.   The averments contained in the Plaintiffs' Fifth Amended Complaint, although specifically denied are herein reasserted, in their entirety, against Twenty First Century Holiness

Tabernacle Church Inc., Gloryland Christian Church, Armful of Help, Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing Inc., Action Distributors Inc., Jeanne Estates Apartments, Inc., Cherry Hill Printing, Inc., Rite Way Roofing Inc., Robert W. Gilmore d/b/a RG & Associates Security, Sally Demoulin, Sharon Alamo, Steve Johnson, Angela Morales, Sanford White, Terri White, Tommy Scarcello, Tony Alamo a/k/a Bernard Hoffman, Jennifer Kolbek, Ann Nicholas Special Administratrix of the Estate of John Kolbek, deceased, Sue Eddy Davis, Lamont Eddy, Lenore Orlando, Joseph Orlando, Lisa Penman, Terry Farr, Robin Hagan, Dennis Hagan, Nikki Rodriguez, James Rodriguez, Lee King and Alaina King a/k/a Linda King a/k/a Rosa King as if set forth fully at length herein without admitting same.

3.   The averments contained in Crossclaims against the Separate Defendants[1], although specifically denied are herein, are reasserted, in their entirety, against Twenty First Century Holiness Tabernacle Church Inc., Gloryland Christian Church, Armful of Help, Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing Inc., Action Distributors Inc., Jeanne Estates Apartments, Inc., Cherry Hill Printing, Inc., Rite Way Roofing Inc., Robert W. Gilmore d/b/a RG & Associates Security, Sally Demoulin, Sharon Alamo, Steve Johnson, Angela Morales, Sanford White, Terri White, Tommy Scarcello, Tony Alamo a/k/a Bernard Hoffman, Jennifer Kolbek, Ann Nicholas Special Administratrix of the Estate of John Kolbek, deceased, Sue Eddy Davis, Lamont Eddy, Lenore Orlando, Joseph Orlando, Lisa Penman, Terry

---

[1] Specifically including but not limited to, ECF No. 374 at paragraphs 86-89; ECF No. 351 at paragraphs 180-186; ECF No. 371 at paragraphs 1-4 on pages 14 and 15; and ECF No. 338 at paragraphs 180-186.

Farr, Robin Hagan, Dennis Hagan, Nikki Rodriguez, James Rodriguez, Lee King and Alaina King a/k/a Linda King a/k/a Rosa King as if set forth fully at length herein without admitting same.

4. If the allegations contained in the Plaintiffs' Fifth Amended Complaint and/or the Crossclaims against Separate Defendants are proven to be true and any party proves a right to recover against any Separate Defendant, then Twenty First Century Holiness Tabernacle Church Inc., Gloryland Christian Church, Armful of Help, Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing Inc., Action Distributors Inc., Jeanne Estates Apartments, Inc., Cherry Hill Printing, Inc., Rite Way Roofing Inc., Robert W. Gilmore d/b/a RG & Associates Security, Sally Demoulin, Sharon Alamo, Steve Johnson, Angela Morales, Sanford White, Terri White, Tommy Scarcello, Tony Alamo a/k/a Bernard Hoffman, Jennifer Kolbek, Ann Nicholas Special Administratrix of the Estate of John Kolbek, deceased, Sue Eddy Davis, Lamont Eddy, Lenore Orlando, Joseph Orlando, Lisa Penman, Terry Farr, Robin Hagan, Dennis Hagan, Nikki Rodriguez, James Rodriguez, Lee King and Alaina King a/k/a Linda King a/k/a Rosa King are liable over to Separate Defendants for contribution in accordance with the Uniform Contribution Among Joint Tortfeasors Act and/or for indemnity for all sums awarded to any party from Separate Defendants.

5. The liability, if any, of Separate Defendants should be reduced by that amount of liability attributed to any Crossclaim Defendant.

6. Separate Defendants reserve the right to name additional parties as such parties are identified through on-going discovery.

WHEREFORE, Separate Defendants, Ron Decker, Donn Wolf, Steve Lovellette, and Douglas Brubach, pray that Plaintiffs' Fifth Amended Complaint be dismissed with prejudice, find that the Plaintiffs take nothing; or in the alternative, enter a judgment in favor of Ron Decker, Donn Wolf, Steve Lovellette, and Douglas Brubach and against all other Defendants named above for contribution and/or indemnity in an amount equal to any amount awarded to any party from Separate Defendants; for costs and attorney's fees, and all other just and proper relief to which they are entitled.

Respectfully submitted,

**DUNN, NUTTER & MORGAN, L.L.P.**
3601 Richmond Road
Texarkana, Texas  75503-0716
Telephone: 903-793-5651
Telecopier: 903-794-5651
Email: rgnutter@dnmlawfirm.com
Email: jwbeck@dnmlawfirm.com


By:   */s/ Jonathan William Beck*
     **R. Gary Nutter**
     AR Bar No. 71058
     **Jonathan William Beck**
     AR Bar No. 2009124

**Attorneys for Separate Defendants
Ron Decker, Donn Wolf, Steve Lovellette,
and Douglas Brubach**

**CERTIFICATE OF SERVICE**

     I, Jonathan William Beck, one of the attorneys for Ron Decker, Donn Wolf, Steve Lovellette, and Douglas Brubach, hereby certify that a true and correct copy of the above and foregoing *Separate Defendants Ron Decker, Donn Wolf, Steve Lovellette, and Douglas Brubach's Crossclaims* has been served as listed below on this 22nd day of October 2012, via First Class Mail, or electronically via the CM/ECF System, in accordance with the Rules of this Court:

| | |
|---|---|
| William David Carter<br>wdcarter@texarkanalawyers.com | J. David Crisp<br>dcrisp@crispfreeze.com |
| Louis Bradon Paddock<br>bpaddock@nixlawfirm.com | John D. Crisp, Jr.<br>jcrisp@crispfreeze.com |
| D. Neil Smith<br>dneilsmith@mac.com | Edward B. Cloutman<br>edcloutman@nixlawfirm.com |
| J. Dennis Chambers<br>dchambers@arwhlaw.com | John Wesley Hall, Jr.<br>forhall@aol.com |
| Doralee Idleman Chandler<br>dchandler@msslawfirm.com | Robert Edwin Dodson<br>bobdodson@dodsondodson.com |
| Brian Wood<br>bwood@bensonwoodlaw.com | Stuart P. Miller<br>smiller@mwlaw.com |
| Mel Sayes<br>msayes@msslawfirm.com | Megan D. Hargraves<br>mhargraves@mwlaw.com |
| Linda Dedman<br>ldedman@coveragelawdallas.com | Richard N. Watts<br>richard.watts@wdt-law.com |
| Scott Clevenger<br>sclevenger@clevengerlawfirm.com | Staci Duman Carson<br>staci.carson@wdt-law.com |
| Bethany A. Pike<br>bethany.pike@wdt-law.com | Rodney P. Moore<br>rodney@arklaw.com |
| Robert Rivera<br>rrivera@susmangodfrey.com | Jonathan Ross<br>jross@susmangodfrey.com |

| | |
|---|---|
| Lamont Eddy<br>128 SW 45th<br>Oklahoma City, OK 73109 | Jennifer Kolbeck<br>4401 Windsor Drive<br>Fort Smith, AR 72904 |
| Sue Eddy Davis<br>4401 Windsor Drive<br>Fort Smith, AR 72904 | Dennis Hagan<br>P.O. Box 131<br>218 West Redcut Road<br>Fouke, AR 71837 |

           */s/Jonathan William Beck*
           **Jonathan William Beck**