IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| DESIREE KOLBEK, et al | PLAINTIFFS |
| VS. | CASE NO. 10-CV-4124 |
| TWENTY FIRST CENTURY HOLINESS TABERNACLE CHURCH, INC., et al | DEFENDANTS |
| ADVANTAGE FOOD GROUP, et al | THIRD PARTY PLAINTIFFS |
| VS. | |
| JENNIFER KOLBEK, et al | THIRD PARTY DEFENDANTS |

**ORDER**

Before the Court is a Stipulation of Dismissal Without Prejudice as to Certain Defendants (ECF No. 424) filed on behalf of Plaintiffs and Separate Defendants Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing, Rite Way Roofing, Sally Demoulin, Tommy Scarcello, Donn Wolf, Steve Lovellette, Ron Decker and Sonny Brubach (collectively "Certain Defendants"). Plaintiffs have agreed to dismiss their claims against Certain Defendants without prejudice. No objection to the dismissals has been filed by any party in this action. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the dismissal of Plaintiffs' claims against Certain Defendants has been shown. Accordingly, pursuant to Federal Rule of Civil Procedure 41, Plaintiffs' claims against Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing, Rite Way Roofing, Sally Demoulin, Tommy Scarcello, Donn Wolf, Steve Lovellette, Ron Decker and Sonny Brubach are hrereby **DISMISSED WITHOUT PREJUDICE**. Each of these Certain Defendants will remain parties in this action due to the cross-claims filed against them and/or the cross-claims and third party claims asserted on their behalf.

**IT IS SO ORDERED**, this 24th day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge