IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al                                                                  PLAINTIFFS

VS.                                         CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al                                                  DEFENDANTS

ADVANTAGE FOOD GROUP, et al                                     THIRD PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al                                               THIRD PARTY DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal Without Prejudice as to Plaintiffs filed on behalf of Defendant Advantage Food Group. (ECF No. 482). Advantage Food Group has agreed to dismiss its counterclaims against Plaintiffs Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, and Pebbles Rodriguez without prejudice. Plaintiffs have agreed to the dismissal.

Upon consideration, the Court finds that good cause for the dismissal of Advantage Good Group's counterclaims against Plaintiffs has been shown. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Advantage Food Group's counterclaims against Plaintiffs Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, and Pebbles Rodriguez are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of February, 2013.

                                                                                           /s/ Susan O. Hickey
                                                                                            Susan O. Hickey
                                                                                         United States District Judge