IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al.                                              PLAINTIFFS


VS.                              CASE NO. 10-CV-4124


TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al.                              DEFENDANTS

ADVANTAGE FOOD GROUP, et al.                    THIRD PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al.                          THIRD PARTY DEFENDANTS

## ORDER

Before the Court is a Request for a Twelve Person Jury filed on behalf of Separate Defendant

Jeanne Estates Apartments, Inc. ("Jeanne Estates").  (ECF No. 606).  Plaintiffs have filed a response

in opposition.  (ECF No. 607).  The Court finds this matter ripe for consideration.

Pursuant to Federal Rule of Civil Procedure 38 and 48, and in accordance with this Court's

Final Scheduling Order, Jeanne Estates requests that this matter be tried to a twelve-person jury.

Jeanne Estates' request is permitted by Federal Rule of Civil Procedure 48 which provides that "[a]

jury must begin with at least 6 and no more than 12 members…."  Upon consideration, the Court

finds that Jeanne Estates' motion should be and hereby is **GRANTED**.  The trial of this matter will

be before a twelve (12) person jury.

IT IS SO ORDERED, this 24th day of September, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge