IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al                                                                                    PLAINTIFFS

VS.                                                    CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al                                                             DEFENDANTS

ADVANTAGE FOOD GROUP, et al                                                   THIRD PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al                                                             THIRD PARTY DEFENDANTS

## ORDER

Before the Court is Motion to Dismiss (ECF No. 616) filed on behalf of Defendant Robert Gilmore d/b/a RG & Associates Security. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Robert Gilmore seeks to dismiss all of the counterclaims, crossclaims, and third-party claims asserted on his behalf in this matter.[1] No objection to the dismissal has been filed by any party in this action. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the dismissal has been shown. Accordingly, the motion (ECF No. 616) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Robert Gilmore's counterclaims, crossclaims, and third-party claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of November, 2013.

---

[1] Robert Gilmore has asserted counterclaims against all Plaintiffs. Robert Gilmore has asserted cross-claims or third-party claims against Twenty First Century Holiness Tabernacle Church, Inc; Gloryland Christian Church; Armful of Help; Tony and Susan Alamo Foundation; Music Square Church, Inc.; Action Distributors, Inc.; Advantage Food Group; SJ Distributing, Inc.; Advantage Sales, LLC; Rite Way Roofing, Inc.; Sally Demoulin; Sharon Alamo; Angela Morales; Steve Johnson; Sanford White; Terri White; Tommy Scarcello; Donn Wolf; Steve Lovelette; Ron Decker; Douglas Brubach; Tony Alamo; Joseph Orlando; Elenora Orlando; James Rodriguez; Nikki Rodriguez; Lamont Eddy; Sue Eddy Davis; Dennis Hagan; Robin Hagan; Lisa Farr Penman; Jennifer Kolbek; Lee King; Alaina King; and the Estate of John Kolbek; and Ann Nicholas, Special Administrator of the Estate of John Kolbek. (ECF Nos. 338-339).

   /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge