IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| DESIREE KOLBEK, et al | PLAINTIFFS |
| VS. | CASE NO. 10-CV-4124 |
| TWENTY FIRST CENTURY HOLINESS TABERNACLE CHURCH, INC., et al | DEFENDANTS |
| ADVANTAGE FOOD GROUP, et al | THIRD PARTY PLAINTIFFS |
| VS. | |
| JENNIFER KOLBEK, et al | THIRD PARTY DEFENDANTS |

**ORDER**

Before the Court is an Agreed Motion to Dismiss (ECF No. 610) and a Motion to Dismiss (ECF No. 615) filed on behalf of Plaintiffs. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs seek to dismiss their claims against the following Defendants: Cherry Hill Printing, Inc.; Terri White; Sanford White; Joni Johnson; Steve Johnson; Ron Decker; Donn Wolf; Douglas Brubach; Steve Lovelette; Sally Demoulin; Tommy Scarcello; Rite Way Roofing; Tony and Susan Alamo Foundation; Music Square Church; Gloryland Christian Church; Armful of Help; Action Distributors, Inc.; Advantage Food Group; Advantage Sales, LLC; and Angela Morales. No objection to the dismissals has been filed by any party in this action. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the dismissal of Plaintiffs' claims against Certain Defendants has been shown. Accordingly, the motions (ECF Nos. 610 & 615) are **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs' claims against these Certain Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of November, 2013.

                                                     /s/ Susan O. Hickey
                                                     Susan O. Hickey
                                                     United States District Judge