IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al     PLAINTIFFS

VS.     CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al     DEFENDANTS

ADVANTAGE FOOD GROUP, et al     THIRD PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al     THIRD PARTY DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss Certain Cross-Claims and Certain Third Party Defendants filed on behalf of Defendant Jeanne Estates Apartments, Inc. (ECF No. 630). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant seeks to dismiss its cross-claims and third-party claims against the following Defendants: Cherry Hill Printing, Inc.; Terri White; Sanford White; Douglas Brubach; Steve Lovelette; Sally Demoulin; Tommy Scarcello; Rite Way Roofing; Tony and Susan Alamo Foundation; Music Square Church; Gloryland Christian Church; Armful of Help; Action Distributors, Inc.; Advantage Food Group; Advantage Sales, LLC; Angela Morales; and Robert Gilmore d/b/a RG & Associates Security.[1]

Upon consideration, the Court finds that good cause for the dismissal of Defendant's cross-claims and third-party claims against Certain Defendants has been shown. Accordingly, the motion (ECF No. 630) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Defendant's cross-

---

[1] Defendant's cross-claims against the following Defendants remain: Twenty First Century Holiness Tabernacle Church, Inc.; Tony Alamo; and Sharon Alamo. Defendant's third-party claims against the following Defendants remain: Jennifer Kolbek, Lamont Eddy, Susan Davis, Joseph Orlando, Elenora Orlando, Terry Farr, Lisa Penman, James Rodriguez, Nicole Rodriguez, Dennis Hagan, Robin Hagan, Lee King, Alaina King, and Ann Nicholas, Special Administratrix of the Estate of John Kolbek, deceased.

claims and third-party claims against these Certain Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 2nd day of December, 2013.

                                                                                                     /s/ Susan O. Hickey
                                                                                               Susan O. Hickey
                                                                                               United States District Judge