IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al.                                                                              PLAINTIFFS

VS.                                       CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al.                                                           DEFENDANTS


JEANNE ESTATES APARTMENTS, INC, et al.                               THIRD-PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al.                                                    THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss Cross-Claims Without Prejudice filed on behalf of Ron Decker, Donn Wolf, Douglas Brubach, and Steve Lovelette. (ECF No. 660). Pursuant to Federal Rule of Civil Procedure 41(a)(2), these individuals seek to dismiss without prejudice their cross-claims (ECF No. 434) against the following parties: Twenty First Century Holiness Tabernacle Church Inc., Gloryland Christian Church, Armful of Help, Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing Inc., Action Distributors Inc., Jeanne Estates Apartments, Inc., Robert W. Gilmore d/b/a RG & Associates Security, Sally Demoulin, Sharon Alamo, Steve Johnson, Tony Alamo a/k/a Bernard Hoffman, Cherry Hill Printing, Inc., Rite Way Roofing Inc., Angela Morales, Sanford White, Terri White, Tommy Scarcello, Jennifer Kolbek, Ann Nicholas Special Administratrix of the Estate of John Kolbek, deceased, Sue Eddy Davis, Lamont Eddy, Lenore Orlando, Joseph Orlando, Lisa Penman, Terry Farr, Robin Hagan, Dennis Hagan, Nikki Rodriguez, James Rodriguez, Lee King, and Alaina King a/k/a Linda King a/k/a Rosa King.

Upon consideration, the Court finds that good cause for the dismissal of these cross-claims has been shown. Accordingly, the motion (ECF No. 660) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Ron Decker, Donn Wolf, Douglas Brubach, and Steve Lovelette's cross-claims are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 11th day of December, 2013.

/s/  Susan O. Hickey
Susan O. Hickey
United States District Judge