IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al.                                                                                    PLAINTIFFS

VS.                                          CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al.                                                          DEFENDANTS


JEANNE ESTATES APARTMENTS, INC, et al.                    THIRD-PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al.                                        THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss Cross-Claims filed on behalf of Sanford White and Terri White. (ECF No. 662). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Sanford White and Terri White seek to dismiss without prejudice their cross-claims (ECF No. 371) against the following parties: Twenty First Century Holiness Tabernacle Church Inc., Gloryland Christian Church, Armful of Help, Tony and Susan Alamo Foundation, Music Square Church, SJ Distributing Inc., Action Distributors Inc., Advantage Food Group, Advantage Sales, Jeanne Estates Apartments, Inc., Robert W. Gilmore d/b/a RG & Associates Security, Sally Demoulin, Sharon Alamo, Tony Alamo a/k/a Bernard Hoffman, Cherry Hill Printing, Inc., Rite Way Roofing Inc., Angela Morales, Tommy Scarcello, Steve Lovelette, and Douglas Brubach.

Upon consideration, the Court finds that good cause for the dismissal of these cross-claims has been shown. Accordingly, the motion (ECF No. 662) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Sanford White and Terri White's cross-claims are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 11th day of December, 2013.

                                                  /s/  Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge