IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al                                                                                       PLAINTIFFS

VS.                                                   CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al                                                              DEFENDANTS

ADVANTAGE FOOD GROUP, et al                                                    THIRD PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al                                                              THIRD PARTY DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss (ECF No. 665) filed on behalf of Plaintiffs. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs seek to dismiss their claims against Robert W. Gilmore d/b/a RG & Associates Security.

Upon consideration, the Court finds that good cause for the dismissal of these claims has been shown. Accordingly, the motion (ECF No. 665) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs' claims against Robert W. Gilmore d/b/a RG & Associates Security are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of December, 2013.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge