IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al.                                                                          PLAINTIFFS

VS.                                          CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al.                                                          DEFENDANTS

JEANNE ESTATES APARTMENTS, INC, et al.          THIRD-PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al.                                          THIRD-PARTY DEFENDANTS

## ORDER

Before the Court are Motions for Summary Judgment filed on behalf of Defendants Tony Alamo (ECF No. 522), Sharon Alamo (ECF No. 499), Jeanne Estates Apartments, Inc., (ECF No. 493) and Twenty First Century Holiness Tabernacle Church, Inc. (ECF No. 515). Plaintiffs have filed a response. (ECF No. 582). Defendants have filed replies. (ECF Nos. 588, 589, 593, & 594). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, Defendant Tony Alamo's Motion for Summary Judgment (ECF No. 522) is **GRANTED in part** and **DENIED in part**; Defendant Sharon Alamo's Motion for Summary Judgment (ECF No. 499) is **GRANTED in part** and **DENIED in part**; Defendant Twenty First Century's Motion for Summary Judgment (ECF No. 515) is **GRANTED in part** and **DENIED in part**; and Defendant Jeanne Estates' Motion for Summary Judgment (ECF No. 493) is **GRANTED**.

IT IS SO ORDERED, this 24th day of December, 2013.

/s/  Susan O. Hickey
Susan O. Hickey
United States District Judge