IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESIREE KOLBEK, et al.                                                                    PLAINTIFFS

VS.                                    CASE NO. 10-CV-4124

TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC., et al.                                                DEFENDANTS


JEANNE ESTATES APARTMENTS, INC, et al.                        THIRD-PARTY PLAINTIFFS

VS.

JENNIFER KOLBEK, et al.                                                THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Order Authorizing the Abuse Protection Qualified Settlement Fund to Acquire, Hold, Retain, and Convey Real Property. (ECF No. 735). No response to the motion has been filed, and the time to do so has passed. The Court finds this matter ripe for consideration.

On October 23, 2013, the Court entered an Order approving the Abuse Protection Qualified Settlement Fund Agreement. (ECF No. 613). Section 5-2 of the Agreement provides that the fund may hold different types of property pursuant to court order. Beneficiaries of the fund now seek an order from this Court authorizing the fund to exercise the option of credit bidding on certain properties that have been ordered sold to satisfy judgments against Tony Alamo and Twenty First Century Holiness Tabernacle Church, Inc.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The Abuse Protection Qualified Settlement Fund is hereby authorized to acquire, hold, retain, and convey real property.

IT IS SO ORDERED, this 2nd day of May, 2014.

/s/  Susan O. Hickey
Susan O. Hickey
United States District Judge